# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4630

_____

BEACH COMMUNITY BANK, a
Florida banking corporation,

    Appellant,

    v.

ROBERT O. BEASLEY, as Personal
Representative of the Estate of
Donald W. Moore, Deceased,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

February 21, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and ROWE and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Brian W. Hoffman, Robert S. Rushing and Travis M. Morock of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, Pensacola, for Appellant.

Todd M. Ladouceur, Randell H. Rowe, IV, and Chris K. Ritchie of Galloway, Johnson, Tompkins, Burr & Smith, P.L.C., Pensacola, for Appellee.